AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gesner, Beth P. | U.S District Court - Md. | 08/10/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate - Full | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse
101 West Lombard St.
Baltimore, Md. 21201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Venable, LLP – Law Firm |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/10/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | PNC Bank | Promissory Note - Law Firm capital | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo (formerly Wachovia) Tax Free Money Fund | A | Interest | J | T | | | | | |
| 2. M & T Bank Common | A | Dividend | J | T | | | | | |
| 3. Brookfield Common | A | Dividend | K | T | | | | | |
| 4. ISLE Common | | None | J | T | | | | | |
| 5. Berkshire Hathaway Common | | None | M | T | | | | | |
| 6. Altria Common | B | Dividend | K | T | | | | | |
| 7. Fidility Muni Money Fund | A | Interest | M | T | | | | | |
| 8. TBT (ETF) | | None | K | T | | | | | |
| 9. Telefonica Common | A | Dividend | K | T | | | | | |
| 10. DOJ Credit Union | C | Interest | O | T | | | | | |
| 11. Zweig Fund Common | B | Dividend | K | T | | | | | |
| 12. JSDSU Common | | None | | | Sold | 05/04/12 | J | | |
| 13. Leucadia Nat. Common | A | Dividend | K | T | | | | | |
| 14. Fidility Cash Reserves | A | Interest | J | T | | | | | |
| 15. International Gaming Tech. Common | A | Dividend | J | T | | | | | |
| 16. ASCA Common | A | Dividend | K | T | | | | | |
| 17. Markel Common | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidility Cap. App. Fund | A | Distribution | J | T | | | | | |
| 19. Fidility Aggressive Growth Fund | A | Dividend | K | T | | | | | |
| 20. Fidility Latin Am. Fund | A | Dividend | J | T | | | | | |
| 21. Eagle Bank Common | | None | K | T | | | | | |
| 22. Markel Common | | None | J | T | | | | | |
| 23. Fidility Cash Reserves | A | Interest | J | T | | | | | |
| 24. Oppen. Quest for Value Fund | A | Dividend | J | T | | | | | |
| 25. Putnam New Opp. Fund | A | Dividend | K | T | | | | | |
| 26. Alpine Div. Fund | | None | | | Sold | 10/13/12 | J | | |
| 27. AT&T Common | A | Dividend | J | T | | | | | |
| 28. Occ. Pet. Common | B | Dividend | L | T | | | | | |
| 29. IBM Common | A | Dividend | K | T | | | | | |
| 30. Alcatel | | None | J | T | | | | | |
| 31. Comcast Common | A | Dividend | J | T | | | | | |
| 32. AIM Eur. Common | A | Dividend | J | T | | | | | |
| 33. Fidility Div. Int. Fund | A | Dividend | K | T | | | | | |
| 34. Fidility Latin Am. Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidility Muni. Fund | A | Interest | J | T | | | | | |
| 36. Eagle Bank Common | | None | K | T | | | | | |
| 37. LSI Common | | None | J | T | | | | | |
| 38. US Govt. FICO Strips | C | Interest | M | T | | | | | |
| 39. M & T Bank CD | A | Interest | | | Closed | 04/18/12 | J | | |
| 40. PNC Bank | A | Interest | L | T | | | | | |
| 41. Dollar Bank | A | Interest | K | T | | | | | |
| 42. Agere Systems Common | | None | J | T | | | | | |
| 43. Davis New York Fund | | None | | | Sold | 01/02/12 | K | D | |
| 44. Growth Fund America | | None | | | Sold | 01/02/12 | K | C | |
| 45. Invest. Co. of America | A | Dividend | K | T | | | | | |
| 46. Sentinel Small Co. | A | Dividend | K | T | | | | | |
| 47. New Perspectives Fund | A | Dividend | L | T | | | | | |
| 48. Capital World Growth & Income Fund | A | Dividend | K | T | | | | | |
| 49. Capital Income Builder Fund | B | Dividend | K | T | | | | | |
| 50. Fundamental Investors Fund | A | Dividend | K | T | | | | | |
| 51. Columbia Dividend Fund | B | Dividend | L | T | Buy | 01/02/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AMCAP Fund | A | Dividend | K | T | Buy | 01/02/12 | K | | |
| 53. Altria Common | B | Dividend | K | T | | | | | |
| 54. Manning & Napier Managed Account | B | Int./Div. | N | T | | | | | |
| 55. Columbia Marsico | | None | | | Sold | 07/02/12 | L | D | |
| 56. T. Rowe Large Cap Fund | B | Dividend | L | T | Buy | 07/02/12 | L | | |
| 57. CRM Small Cap. Value | | None | L | T | | | | | |
| 58. Oakmark Select | | None | L | T | | | | | |
| 59. Am. Funds Eur. | | None | L | T | Sold (part) | 01/02/12 | K | C | |
| 60. Wells Emerging Growth | | None | J | T | Buy | 01/02/12 | J | | |
| 61. Morgan Stanley | | None | J | T | | | | | |
| 62. Vanguard Mid Cap | | None | J | T | | | | | |
| 63. Northern(formerly SSgA) Emerging Markets Fund | | None | K | T | | | | | |
| 64. Vanguard Global Fund | | None | K | T | Sold (part) | 01/02/12 | K | B | |
| 65. Natixis AEW Real Estate Fund | | None | L | T | Buy | 01/02/12 | K | | |
| 66. Wells Fargo Money Market | A | Interest | J | T | | | | | |
| 67. Broadstone Investors II, L.P. | C | Distribution | L | R | | | | | |
| 68. NM Ed. Plan Agg. Port | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. NM Div. Large Cap Gro. | | None | L | T | | | | | |
| 70. NM Div. Multi Cap Gro. | | None | J | T | | | | | |
| 71. NM Intl. Eqty. Fund | | None | K | T | | | | | |
| 72. CD Arundel Savings | A | Interest | M | T | Open | 11/13/12 | M | | |
| 73. Severn Savings Money Market | A | Interest | M | T | | | | | |
| 74. Arundel Federal Savings | A | Interest | M | T | | | | | |
| 75. PNC Money Market | B | Interest | O | T | | | | | |
| 76. USA Mobility Common | B | Distribution | J | T | | | | | |
| 77. Curtiss Wright Common | A | Dividend | J | T | | | | | |
| 78. GE Capital Bank | A | Interest | K | T | Open | 10/13/12 | K | | |
| 79. Am. Express Bank | A | Interest | K | T | Open | 10/25/12 | K | | |
| 80. Sandridge Common | | None | | | Buy | 11/09/12 | J | | |
| 81. Sandridge Common | | None | | | Sold | 11/13/12 | J | A | |
| 82. Boeing Common | | None | | | Buy | 03/29/12 | J | | |
| 83. Boeing Common | | None | | | Sold | 11/12/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/10/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 26, sold 10/13/11, but inadvertantly omitted from 2011 report.

Part VII, Line 64, Investment acquired in 2004 for $100,000.

Part VII, Line 75, CD opened 10/21/11, but inadvertantly omitted from 2011 report.

Part VII, Line 76, CD opended 11/3/11, but inadvertantly omitted from 2011 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/10/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Beth P. Gesner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544